FILED
JUL -9 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 99CR2142-H |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| PEDRO SANTANA (2), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment and Superseding Indictment in the above entitled case against defendant Pedro Santana are **dismissed without prejudice.** The defendant is hereby discharged and the arrest warrant is hereby recalled.

IT IS SO ORDERED.

Dated: 7-9-13

MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT